**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

In re:

|  |  |
|---|---|
| | Chapter 11 |
| THE GREAT ATLANTIC & PACIFIC | Case No. 15-23007 (LGB) |
| TEA COMPANY, INC., *et al.* | |

Debtors.

----------------------------------------------------------------x

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS on behalf of the bankruptcy estate of
THE GREAT ATLANTIC & PACIFIC TEA
COMPANY, INC., *et al*.,

               Plaintiff,

                               Adv. Proc. No. 17-08264 (LGB)

        - against -

McKESSON CORPORATION,

               Defendant.

----------------------------------------------------------------x

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS on behalf of the bankruptcy estate of
THE GREAT ATLANTIC & PACIFIC TEA
COMPANY, INC., et al.,

               Plaintiff,

                               Adv. Proc. No. 17-08265 (LGB)

        - against -

McKESSON PHARMACY SYSTEMS, LLC,

               Defendant.

----------------------------------------------------------------x

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS on behalf of the bankruptcy estate of
THE GREAT ATLANTIC & PACIFIC TEA
COMPANY, INC., et al.,

               Plaintiff,

                               Adv. Proc. No. 17-08266 (LGB)

        - against -

McKESSON SPECIALTY CARE DISTRIBUTION
CORPORATION (Sued as McKesson Specialty
Distribution LLC),

                                                    Defendant.

-------------------------------------------------------------x

## ORDER SCHEDULING STATUS CONFERENCE

Upon the submission of the Proposed Judgments by counsel for the Official Committee of

Unsecured Creditors, on behalf of the bankruptcy estate of The Great Atlantic & Pacific Tea

Company, Inc. ("A&P") on June 29, 2026, the Court finds it appropriate to schedule a conference

to discuss the status of the case; it is hereby

**ORDERED**, the Court will hold a Status Conference to discuss the Proposed Judgments

on **July 21, 2026 at 10:00am** via Zoom for Government; and it is further

**ORDERED**, that the Court retains jurisdiction over all matters arising out of or related to

the execution of this Order.

Dated: July 1, 2026
        New York, New York             */s/ Lisa G. Beckerman*_____
                                       THE HONORABLE LISA G. BECKERMAN
                                       UNITED STATES BANKRUPTCY JUDGE

2

United States Bankruptcy Court

Southern District of New York

The Official Committee of Unsecured Cred,

    Plaintiff

Adv. Proc. No. 17-08265-lgb

McKesson Pharmacy Systems LLC,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0208-7 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 01, 2026 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | ^ MEBN | | |
| | | Jul 01 2026 19:16:34 | United States Trustee, Office of the United States Trustee - NY, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, NY 10004-1459 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| md | | Allan L. Gropper |
| dft | | McKesson Pharmacy Systems LLC |
| pla | | The Official Committee of Unsecured Creditors on b |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Beth E. Levine | |
| | on behalf of Plaintiff The Official Committee of Unsecured Creditors on behalf of the bankruptcy estate of The Great Atlantic & Pacific Tea Company  Inc., et al. blevine@pszjlaw.com |
| Jeffrey Garfinkle | |
| | on behalf of Defendant McKesson Pharmacy Systems LLC jgarfinkle@buchalter.com |

District/off: 0208-7                          User: admin                                    Page 2 of 2
Date Rcvd: Jul 01, 2026                        Form ID: pdf001                               Total Noticed: 1

lverstegen@buchalter.com;docket@buchalter.com

Michael D. Hamersky

on behalf of Plaintiff The Official Committee of Unsecured Creditors on behalf of the bankruptcy estate of The Great Atlantic &
Pacific Tea Company  Inc., et al. mhamersky@grifflegal.com, coliver@grifflegal.com;lulerio@grifflegal.com

Richard Kolb Milin, I

on behalf of Plaintiff The Official Committee of Unsecured Creditors on behalf of the bankruptcy estate of The Great Atlantic &
Pacific Tea Company  Inc., et al. rmilin@milinlaw.com,
epresbitero@grifflegal.com;lulerio@grifflegal.com;coliver@grifflegal.com

Robert N. Michaelson

on behalf of Plaintiff The Official Committee of Unsecured Creditors on behalf of the bankruptcy estate of The Great Atlantic &
Pacific Tea Company  Inc., et al. bob.michaelson@advisorytgllc.com, hcolon@r3mlaw.com

Robert N. Michaelson

on behalf of Mediator Allan L. Gropper bob.michaelson@advisorytgllc.com  hcolon@r3mlaw.com

Tracy L. Klestadt

on behalf of Defendant McKesson Pharmacy Systems LLC tklestadt@klestadt.com


TOTAL: 7